# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | |
| Petitioner | ) | No. 07-50712 |
| | ) | |
| v. | ) | District Judge George Caram Steeh |
| | ) | |
| JAMES E. STEELE, | ) | Magistrate Judge R. Steven Whalen |
| Respondent | ) | |

## ORDER

Upon the oral motion of the Petitioner National Labor Relations Board made on the record on March 18, 2008, and based upon the refusal and failure of James E. Steele to comply with the Court's orders dated September 21, 2007 and February 19, 2008, and there being good cause,

IT IS ORDERED that Petitioner's motion for a writ of body attachment is GRANTED.

IT IS FURTHER ORDERED that a writ of body attachment shall hereby issue.

IT IS FURTHER ORDERED that any United States Marshal or any designee thereof shall detain James E. Steele, whose place of residence is at 27296 Stanford Street, Inkster, Michigan 48141, and shall transport him in custody forthwith to the United States District Court for the Eastern District of Michigan for the reason that he has failed to obey the orders of this Court requiring that he comply with an administrative subpoena of the National Labor Relations Board.

IT IS FURTHER ORDERED that James E. Steele shall be brought forthwith before this Court to determine whether he will purge himself of contempt by responding in full to the administrative subpoena issued by the National Labor Relations Board.

1

IT IS FURTHER ORDERED that the United States Marshal or other arresting officer shall notify the Court of the fact of the arrest of James E. Steele.

IT IS FURTHER ORDERED that the United States Marshal or any other arresting officer is authorized to use necessary and reasonable force on entering and searching the premises in which James E. Steele may be found to effectuate the Court's attachment order.

IT IS FURTHER ORDERED that the United States Marshal or other arresting officer shall notify Robert Buzaitis, Esq., of the National Labor Relations Board, Region 7, at (313) 226-7196, and Dennis Boren, Esq., of the National Labor Relations Board, Region 7, at (313) 226-3230, of the fact of the arrest of James E. Steele.

IT IS FURTHER ORDERED that James E. Steele shall remain incarcerated until the Court finds either that he has complied with its February 19, 2008 contempt adjudication, and September 21, 2007 order, or that James E. Steele has demonstrated clearly and unequivocally that he is unable to comply with the Court's directives.

SO ORDERED

s/George Caram Steeh
United States District Judge

Dated: March 20, 2008