# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) |
|     Petitioner | ) No. 07-50712 |
| | ) |
| v. | ) District Judge George Caram Steeh |
| | ) |
| JAMES E. STEELE, | ) Magistrate Judge R. Steven Whalen |
|     Respondent | ) |

## ORDER

On March 20, 2008, this Court entered an Order granting Petitioner's motion for writ of body attachment and ordering the United States Marshal or any designee to detain James E. Steele and transport him in custody to this Court to appear for his failure to obey the orders of this Court.

On March 24, 2008, this Court was notified by a deputy United States Marshal that James E. Steele was located residing at Heartland Health Care Center in Allen Park. The marshal stated that Steele had a leg amputated in January 2007 and is also legally blind. Based on this information, and after seeking the position of Petitioner, this Court determines that incarceration of Steele would be inappropriate at this time.

Therefore,

IT IS ORDERED that the Court's Order granting petitioner's motion for writ of body attachment [dkt. #7] is SUSPENDED.

IT IS FURTHER ORDERED that Steele shall produce documents responsive to the Board's subpoena to the Board's offices at 477 Michigan Avenue, Room 300, Detroit, Michigan 48226 or another mutually agreed upon location on or before **Monday, April 14, 2008**.

1

IT IS FURTHER ORDERED that Steele shall appear and give affidavit testimony subscribed and sworn to before an agent of the National Labor Relations Board at **9:30 a.m.** on **Monday, April 21, 2008** at **Heartland Health Care Center, 9150 Allen Road in Allen Park, Michigan**, or at such other date and location as the parties may mutually agree, in obedience to the Board's Subpoena.

IT IS FURTHER ORDERED that if Steele refuses to fully cooperate with the administrative subpoena issued by the National Labor Relations Board, Petitioner may request this Court reinstate its order for a writ of body attachment.

IT IS FURTHER ORDERED that this Court's February 19, 2008 Order Accepting Report and Recommendation of Magistrate Judge Whalen continue in full force and effect until such time that Steele complies with the terms described above.

SO ORDERED

**s/George Caram Steeh**
United States District Judge

Dated: April 8, 2008